IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONOVAN HENRY,<br>    Petitioner,<br>v.<br><br>WILLIAM BARR, ET AL.,<br>    Respondents. | § § § § § § § § | No. 3:20-cv-001114-C (BT) |

## ORDER

Before the Court is Petitioner Donovan Henry's motion for reconsideration of the Court's Findings, Conclusions, and Recommendation that his petition be dismissed. (ECF No. 7). For the following reasons, the motion is GRANTED.

On July 16, 2020, the Court entered Findings, Conclusions, and a Recommendation that this petition be dismissed for want of prosecution because Henry failed to comply with the Court's order to file an amended petition and either pay the filing fee or file a motion to proceed *in forma pauperis*. On July 16, 2020, Henry paid the filing fee and filed his amended petition. The Court therefore GRANTS Henry's motion for reconsideration and VACATES its July 16, 2020, Findings, Conclusions, and Recommendation.

SO ORDERED

Signed July 17, 2020.

_____
REBECCA RUTHERFORD

UNITED STATES MAGISTRATE JUDGE