IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONOVAN HENRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MARC J. MOORE, *et al.*, | ) |
| | ) |
| Respondent. | )   Civil Action No. 3:20-CV-1114-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge therein advising the Court that Petitioner's petition for a writ of habeas

corpus and motion for preliminary injunction should be denied.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or

specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C.

§ 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the

subject of a timely objection will be accepted by the Court unless they are clearly erroneous or

contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that

Petitioner's objections should be **OVERRULED**. The Court has further conducted an

independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Petitioner has filed timely objections to the Magistrate Judge's Findings, Conclusions, and
Recommendation.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein,

Petitioner's petition for a writ of habeas corpus and motion for preliminary injunction are hereby

**DENIED**.

SO ORDERED this _23rd_ day of November, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2